1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

JONATHAN FUENTES,

12                    Petitioner,

13            v.

14   JAMES HALL, Warden,

15                    Respondent.

16

)
)
)
)
)
)
)
)
)
)

Case No. CV 05-7413 VBF(JC)

ORDER ADOPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

17
18
19
20
21

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First
Amended Petition for Writ of Habeas Corpus by a Person in State Custody (the
"Petition"), all of the records herein, and the attached Report and
Recommendation of United States Magistrate Judge.  The Court approves and
adopts the United States Magistrate Judge's Report and Recommendation.

22
23

    IT IS ORDERED that Judgment be entered denying the Petition and
dismissing this action with prejudice.

24   ///
25   ///
26   ///
27   ///
28   ///

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  United States Magistrate Judge's Report and Recommendation, and the Judgment

3  herein on petitioner and on counsel for respondent.

4     LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6     DATED: January 29, 2009

7

8

9

10            HONORABLE VALERIE BAKER FAIRBANK
              UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28