UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN FUENTES,<br>          Petitioner,<br>    v.<br>JAMES HALL, Warden,<br>          Respondent. | Case No. CV 05-7413 VBF(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: January 29, 2009

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE